IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DELLA KEATS, | § | |
| | § | |
| Respondent Below, | § | No. 111, 2021 |
| Appellant, | § | |
| | § | |
| | § | Court Below – Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DIVISION OF FAMILY SERVICES, | § | |
| COLTON ALLRED and KIMMY | § | File Nos. CS20-02005 |
| ALLRED, & THE OFFICE OF THE | § | CS17-02457 |
| CHILD ADVOCATE, | § | |
| | § | Petition Nos. 20-12669 |
| Petitioners Below, | § | 19-25887 |
| Appellees. | § | |

Submitted: December 8, 2021
Decided: December 16, 2021

Before **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

**ORDER**

On this 16th day of December, 2021, after careful consideration of all the briefs and the record on appeal, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its March 25, 2021 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice